IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LYDIA BRESTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC,<br><br>Defendant. | CV 26-61-BLG-KSL<br><br>ORDER |

Defendant Billings Clinic moves for the admission of Paul Karlsgodt to practice before the Court in the above captioned matter with Pamela C. Garman of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendant Billings Clinic's motion to admit Paul Karlsgodt to appear *pro hac vice* (Doc. 35) is GRANTED and he is authorized to appear as counsel with Pamela C. Garman pursuant to L.R. 83.1(d) in the above captioned matter.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this 19th day of October, 2026.

Kathleen Lane
KATHLEEN S. LANE
United States District Judge